IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-CV-00214-DBS-PAC

SIERRA FUNDING CORPORATION,
a Colorado corporation,

    Plaintiff,

vs.

SIERRA FUNDING GROUP,

    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF SENIOR JUDGE DANIEL B. SPARR

    The Court hereby clarifies that its January 9, 2001 Minute Order granting Defendant's Amended Unopposed Motion for Substitution of Counsel allowed the substitution of J. Gregory Whitehair of Gibson, Dunn & Crutcher, LLP in place of all members of the Law Offices of Kristen M. Jahn, which at that time included Kristin Jahn and Beth Nesis, both of whom had entered appearances in this case. Consequently both Ms. Jahn and Ms. Nesis were no longer counsel of record for Defendant as of that date.

    Consequently, Former Defense Counsel's Motion to Amend Clerical Error in Order of January 9, 2001, filed November 10, 2005, is Denied as Moot.

DATED: November 14, 2005

_____